**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CV06-03069 MMM (Ex) |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | |
| 103.3 ACRES OF LAND MORE OR LESS SITUATED IN SAN BERNARDINO COUNTY STATE OF CALIFORNIA ET AL | ) | ORDER DISMISSING CIVIL ACTION |
| Defendant(s). | ) | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: February 12, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE